# EXHIBIT 2

Document3

## EXHIBIT B-1 (ACTIVISION)
### Accused Instrumentalities Of Activision

| Video Game Title | Console |
|---|---|
| A Bug's Life | Nintendo 64 |
| American Chopper | Playstation 2 |
| American Chopper | Xbox |
| Battle of Britain: WWII 1940 | PC |
| Blade II | Playstation 2 |
| Blade II | Xbox |
| Bloody Roar – Primary Fury | Gamecube |
| Blue Stinger | Dreamcast |
| Buzz Lightyear of Star Command | Dreamcast |
| Cabela's Big Game 2004 Season | PC |
| Cabela's Big Game Hunter | Playstation 2 |
| Cabela's Deer Hunt | PlayStation |
| Cabela's Deer Hunt – 2005 Season | Playstation 2 |
| Cabela's Deer Hunt 2004 Season | Xbox |
| Cabela's Deer Hunt 2005 Season | Xbox |
| Carnival Cruise Lines: Tycoon 2005 Island Hopping | PC |
| Disney's Extreme Skate Adventure | Gamecube |
| Disney's Extreme Skate Adventure | Playstation 2 |
| Disney's Extreme Skate Adventure | Xbox |
| Empires: Dawn of the Modern World | PC |
| Everest | PC |
| Lost Kingdoms II | Gamecube |
| Lemony Snicket's A Series of Unfortunate Events | Gamecube |
| Lemony Snicket's A Series of Unfortunate Events | Playstation 2 |
| Lemony Snicket's A Series of Unfortunate Events | Xbox |
| Lost Kingdoms | Gamecube |
| Mat Hoffman's Pro BMX | Dreamcast |
| Mat Hoffman's Pro BMX 2 | Gamecube |
| Mat Hoffman's Pro BMX 2 | Playstation 2 |
| Mat Hoffman's Pro BMX 2 | Xbox |
| Medieval Total War: Viking Invasion Expansion | PC |
| Medieval: Total War | PC |
| Minority Report | Xbox |
| Minority Report: Everybody Runs | Playstation 2 |
| Minority Report: Everybody Runs | Gamecube |
| Monster Garage | Xbox |
| MTX Mototrax | Xbox |
| MTX: Mototrax | Playstation 2 |
| Nightmare Creatures | Nintendo 64 |
| Orphen – Scion of Sorcery | Playstation 2 |
| Pitfall: The Lost Expedition | PC |
| Pitfall: The Lost Expedition | Playstation 2 |
| Pitfall: The Lost Expedition | Xbox |
| Rally Fusion | Playstation 2 |

## EXHIBIT B-1 (ACTIVISION)
## Accused Instrumentalities Of Activision

| Video Game Title | Console |
|---|---|
| Rally Fusion | Xbox |
| Rapala Pro Fishing | PC |
| Rapala Pro Fishing | Playstation 2 |
| Rapala Pro Fishing | Xbox |
| Riot Police | PC |
| Rome: Total War | PC |
| Shark Tale | PC |
| Shaun Palmer's Pro-Snowboarder | Playstation 2 |
| Shrek 2 | Gamecube |
| Shrek 2 | PC |
| Shrek 2 | Playstation 2 |
| Shrek 2 | Xbox |
| Sky Odyssey | Playstation 2 |
| SpiderMan | Xbox |
| Spiderman | Dreamcast |
| Spiderman | Gamecube |
| Spiderman | Nintendo 64 |
| Spiderman | Playstation 2 |
| SpiderMan 2 | Gamecube |
| Spiderman 2 | Playstation 2 |
| Spiderman 2 | Xbox |
| Spider-Man 2 | PC |
| Street Hoops | Gamecube |
| Street Hoops | Playstation 2 |
| Street Hoops | Xbox |
| Super Car Street Challenge | Playstation 2 |
| Tenchu Wrath of Heaven | Playstation 2 |
| Tony Hawk Underground | Gamecube |
| Tony Hawk Underground | Playstation 2 |
| Tony Hawk Underground | Xbox |
| Tony Hawk's Pro Skater | Dreamcast |
| Tony Hawk's Pro Skater 2 | Dreamcast |
| Tony Hawk's Pro Skater 2 | Nintendo 64 |
| Tony Hawk's Pro Skater 2X | Xbox |
| Tony Hawk's Pro Skater 3 | Nintendo 64 |
| Tony Hawk's Pro Skater 3 | PC |
| Tony Hawk's Pro Skater 3 | Playstation 2 |
| Tony Hawk's Pro Skater 3 | Xbox |
| Tony Hawk's Pro Skater 4 | Gamecube |
| Tony Hawk's Pro Skater 4 | Playstation 2 |
| Tony Hawk's Underground 2 | Gamecube |
| Tony Hawk's Underground 2 | PC |
| Tony Hawk's Underground 2 | Playstation 2 |
| Tony Hawk's Underground 2 | Xbox |
| Tough Trucks: Modified Monsters | PC |
| Toy Story 2 | Nintendo 64 |
| True Crime: Streets of L.A. | Gamecube |

## EXHIBIT B-1 (ACTIVISION)
### Accused Instrumentalities Of Activision

| Video Game Title | Console |
| --- | --- |
| True Crime: Streets of L.A. | PC |
| True Crime: Streets of L.A. | Playstation 2 |
| True Crime: Streets of L.A. | Xbox |
| Vampire: The Masquerade Redemption | PC |
| Vigilante 8 | Nintendo 64 |
| Virtual-On Cyber Troopers | Dreamcast |
| Wakeboarding: Unleashed | Xbox |
| Wolverine's Revenge | Gamecube |
| Wreckless - The Yakuza Missions | Xbox |
| Wreckless: The Yakuza Missions | Gamecube |
| Wreckless: The Yakuza Missions | Playstation 2 |
| X2 Wolverine's Revenge | Playstation 2 |
| X2 Wolverine's Revenge | Xbox |
| X-Men Legends | Gamecube |
| X-Men Legends | Playstation 2 |
| X-Men Legends | Xbox |
| X-Men Next Dimension | Gamecube |
| X-men Next Dimension | Xbox |

## EXHIBIT B-2 (ACTIVISION)
### Accused Instrumentalities Of Activision

| Video Game Software | Console |
|---|---|
| A Bug's Life | Nintendo 64 |
| Battle of Britain: WWII 1940 | PC |
| Blade II | Playstation 2 |
| Blade II | Xbox |
| Cabela's Big Game Hunter | Playstation 2 |
| Cabela's Deer Hunt | Playstation |
| Carnival Cruise Lines: Tycoon 2005 Island Hopping | PC |
| Disney's Extreme Skate Adventure | Playstation 2 |
| Empires: Dawn of the Modern World | PC |
| Everest | PC |
| Lost Kingdoms II | Gamecube |
| Lost Kingdoms | Gamecube |
| Medieval Total War: Viking Invasion Expansion | PC |
| Medieval: Total War | PC |
| Minority Report: Everybody Runs | Gamecube |
| Monster Garage | Xbox |
| MTX Mototrax | Xbox |
| MTX: Mototrax | Playstation 2 |
| Pitfall: The Lost Expedition | Playstation 2 |
| Pitfall: The Lost Expedition | Xbox |
| Rally Fusion | Playstation 2 |
| Rally Fusion | Xbox |
| Rapala Pro Fishing | Playstation 2 |
| Riot Police | PC |
| Rome: Total War | PC |
| Shrek 2 | Gamecube |
| Shrek 2 | Playstation 2 |
| Spiderman | Playstation 2 |
| SpiderMan 2 | Gamecube |
| Spiderman 2 | Xbox |
| Street Hoops | Gamecube |
| Street Hoops | Playstation 2 |
| Street Hoops | Xbox |
| Tenchu Wrath of Heaven | Playstation 2 |
| Tony Hawk Underground | Gamecube |
| Tony Hawk Underground | Playstation 2 |
| Tony Hawk Underground | Xbox |
| Tony Hawk's Pro Skater 3 | Playstation 2 |
| Tony Hawk's Pro Skater 4 | Gamecube |
| Tony Hawk's Pro Skater 4 | Playstation 2 |
| Tough Trucks: Modified Monsters | PC |
| True Crime: Streets of L.A. | Gamecube |
| True Crime: Streets of L.A. | PC |
| True Crime: Streets of L.A. | Playstation 2 |

## EXHIBIT B-2 (ACTIVISION)
### Accused Instrumentalities Of Activision

| Video Game Software | Console |
| --- | --- |
| True Crime: Streets of L.A. | Xbox |
| Vampire: The Masquerade Redemption | PC |
| X-Men Legends | Gamecube |
| X-Men Legends | Xbox |