IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| AMERICAN VIDEO GRAPHICS, L.P., | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION |
| | § | |
| vs. | § | 6:04cv398 LED |
| | § | |
| ELECTRONIC ARTS, *et al*., | § | JURY TRIAL |
| | § | |
| Defendants. | § | |

**STIPULATED ORDER OF DISMISSAL WITH
PREJUDICE OF CLAIMS BETWEEN PLAINTIFF
AND DEFENDANT SQUARE ENIX, INC.**

Plaintiff American Video Graphics, L.P. ("AVG") and Defendant Square Enix, Inc. ("Square Enix") have stipulated, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that all claims brought by and against each other, be dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

**IT IS HEREBY ORDERED**, in accordance with Federal Rule of Civil Procedure 41(a)(2), as follows:

1. All claims brought by AVG against Square Enix and all claims brought by Square Enix against AVG in this Civil Action are dismissed with prejudice.

2. AVG and Square Enix shall bear their own costs and attorneys' fees.

**So ORDERED and SIGNED this 11th day of August, 2005.**



_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE

Dallas 201716v2