# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| AMERICAN VIDEO GRAPHICS, L.P., | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION |
| | § | |
| vs. | § | 6:04cv398-LED |
| | § | |
| ELECTRONIC ARTS, *et al.*, | § | JURY TRIAL |
| | § | |
| Defendants. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff American Video Graphics, L.P., and Defendant Namco Hometek, Inc., hereby inform the Court, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that they stipulate and agree that all claims brought by and against each other, be dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

DATED: October 6, 2005                         Respectfully submitted,

                                                                  **McKOOL SMITH, P.C.**

                                                                  /s/ Sam Baxter
                                                                  Sam Baxter
                                                                  Attorney-in-Charge
                                                                  Texas State Bar No. 01938000
                                                                  505 E. Travis, Suite 105
                                                                  P.O. Box O
                                                                  Marshall, Texas 75670
                                                                  sbaxter@mckoolsmith.com
                                                                  Telephone: (903) 927-2111
                                                                  Telecopier: (903) 927-2622

Mike McKool, Jr.
Texas State Bar No. 13732100
mmckool@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

T. Gordon White
Texas State Bar No. 21333000
gwhite@mckoolsmith.com
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

Robert M. Parker, P.C.
Texas State Bar No. 15498000
100 E. Ferguson Street, Suite 1114
Tyler, Texas 75702
Telephone: (903) 533-9288
Telecopier: (903) 533-9687
rmparker@cox-internet.com

**ATTORNEYS FOR PLAINTIFF
AMERICAN VIDEO GRAPHICS, L.P.**

/s/ Ronald L. Wanke
   (by Sam Baxter with permission)
Ronald L. Wanke (Attorney-in-Charge)
**Jenner & Block L.L.P.**
One IBM Plaza
Chicago, Illinois 60611
Tel: 312-222-9350
Fax: 312-527-0484

**ATTORNEYS FOR DEFENDANT
NAMCO HOMETEK, INC.**

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this notice was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. mail, on this the 6th day of October, 2005.

                                                  /s/ Sam Baxter
                                                  Sam Baxter