# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| AMERICAN VIDEO GRAPHICS, L.P., | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION |
| | § | |
| vs. | § | 6:04cv398 LED |
| | § | |
| ELECTRONIC ARTS, *et al.*, | § | JURY TRIAL |
| | § | |
| Defendants. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff American Video Graphics, L.P. ("AVG") and Defendant Ubisoft, Inc. ("Ubisoft"), hereby inform the Court that they have reached an agreement on a settlement of all claims brought in this case. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, AVG and Ubisoft stipulate and agree that all claims brought by and against each other, be dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

DATED: October 7, 2005

Respectfully submitted,

**McKOOL SMITH, P.C.**

/s/ Jeffrey A. Carter
Sam Baxter
Attorney-in-Charge
Texas State Bar No. 01938000
505 E. Travis, Suite 105
P.O. Box O
Marshall, Texas 75670
sbaxter@mckoolsmith.com
Telephone: (903) 927-2111
Telecopier: (903) 927-2622

Mike McKool, Jr.
Texas State Bar No. 13732100
mmckool@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

T. Gordon White
Texas State Bar No. 21333000
gwhite@mckoolsmith.com
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

Robert M. Parker, P.C.
Texas State Bar No. 15498000
100 E. Ferguson Street, Suite 1114
Tyler, Texas 75702
Telephone: (903) 533-9288
Telecopier: (903) 533-9687
rmparker@cox-internet.com
**ATTORNEYS FOR PLAINTIFF**
**AMERICAN VIDEO GRAPHICS, L.P.**

/s/ Wayne M. Barsky
     (by Jeffrey A. Carter with permission)
**Siebman, Reynolds, Burg &
Phillips, L.L.P.**
Federal Courthouse Square
300 N. Travis
Sherman, Texas 75090
Tel: 903-870-0070
Fax: 903-870-0066

**Gibson, Dunn & Crutcher, LLP**
Wayne M. Barsky
David A. Segal
Grant Kinsel
2029 Century Park East
Suite 4000
Los Angeles, CA 90067
Tel: 310-552-8500
Fax: 310-551-8741

**ATTORNEYS FOR DEFENDANT
UBISOFT, INC.**

**STIPULATION OF DISMISSAL WITH PREJUDICE - PAGE 3**
Dallas 201600v1


## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. mail, on this the 7th day of October, 2005.

                                                  /s/ Jeffrey A. Carter  
                                                Jeffrey A. Carter