IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| AMERICAN VIDEO GRAPHICS, L.P., § | | |
| § | | |
| Plaintiff, § | CIVIL ACTION | |
| § | | |
| vs. § | 6:04cv398  LED | |
| § | | |
| ELECTRONIC ARTS, *et al.*, § | JURY TRIAL | |
| § | | |
| Defendants. § | | |

## STIPULATED ORDER OF DISMISSAL WITH
## PREJUDICE OF CLAIMS BETWEEN PLAINTIFF
## AND DEFENDANT SEGA OF AMERICA, INC.

Plaintiff American Video Graphics, L.P. ("AVG") and Defendant Sega of America, Inc. ("Sega") have reached an agreement on a settlement of all claims brought in this Civil Action between AVG and Sega.  On the basis of the settlement reached, AVG and Sega hereby voluntarily dismiss all claims brought by and against each other, with prejudice.

**IT IS HEREBY ORDERED**, in accordance with Federal Rule of Civil Procedure 41(a)(2), as follows:

1. All claims brought by AVG against Sega and all claims brought by Sega against AVG in this Civil Action are dismissed with prejudice.

2. Each settling party, AVG and Sega, shall bear their own costs and attorneys' fees.

**So ORDERED and SIGNED this 25th day of October, 2005.**



_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE

Dallas 207690v1