## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| AMERICAN VIDEO GRAPHICS, L.P., | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION |
| | § | |
| vs. | § | 6:04cv398 LED |
| | § | |
| ELECTRONIC ARTS, *et al.*, | § | JURY TRIAL |
| | § | |
| Defendants. | § | |

### STIPULATED ORDER OF DISMISSAL WITH
### PREJUDICE OF CLAIMS BETWEEN
### PLAINTIFF AVG AND DEFENDANT LUCASARTS

Plaintiff American Video Graphics, L.P. ("AVG") and Defendant LucasArts, a division of Lucasfilm Entertainment Company Ltd. (referred to in the Second Amended Complaint as LucasArts Entertainment Co.) ("LucasArts") have reached an agreement on a settlement of all claims brought in this Civil Action between AVG and LucasArts. On the basis of the settlement reached, AVG and LucasArts hereby voluntarily dismiss all claims brought by and against each other, with prejudice.

**IT IS HEREBY ORDERED**, in accordance with Federal Rule of Civil Procedure 41(a)(2), as follows:

1. All claims brought by AVG against LucasArts and all claims brought by LucasArts against AVG in this Civil Action are dismissed with prejudice.

2. Each settling party, AVG and LucasArts, shall bear their own costs and attorneys' fees.

So ORDERED and SIGNED this 25th day of October, 2005.



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**

Dallas 203301v2