IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| AMERICAN VIDEO GRAPHICS, L.P., | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION |
| | § | |
| vs. | § | 6:04cv398 LED |
| | § | |
| ELECTRONIC ARTS, *et al.*, | § | JURY TRIAL |
| | § | |
| Defendants. | § | |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE OF CLAIMS BETWEEN PLAINTIFF AND DEFENDANT VIVENDI UNIVERSAL GAMES, INC.

Plaintiff American Video Graphics, L.P. ("AVG") and Defendant Vivendi Universal Games, Inc. ("Vivendi") have reached an agreement on a settlement of all claims brought in this Civil Action between AVG and Vivendi. On the basis of the settlement reached, AVG and Vivendi hereby voluntarily dismiss all claims brought by and against each other, with prejudice.

**IT IS HEREBY ORDERED**, in accordance with Federal Rule of Civil Procedure 41(a)(2), as follows:

1. All claims brought by AVG against Vivendi and all claims brought by Vivendi against AVG in this Civil Action are dismissed with prejudice.

2. Each settling party, AVG and Vivendi, shall bear their own costs and attorneys' fees.

**So ORDERED and SIGNED this 27th day of October, 2005.**



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**

Dallas 202933v2