# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **AMERICAN VIDEO GRAPHICS, L.P.,** | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION |
| | § | |
| vs. | § | 6:04cv398  LED |
| | § | |
| **ELECTRONIC ARTS, INC., et al.,** | § | JURY TRIAL |
| | § | |
| Defendants. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff American Video Graphics, L.P. ("AVG") and Defendant Microsoft Corporation ("Microsoft"), collectively, the "Settling Parties," hereby inform the Court that they have settled their respective claims for relief asserted against each other in this case.  Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the settlement reached between the Settling Parties, AVG and Microsoft stipulate and agree that all claims, counterclaims and other causes of action that each has brought against the other be dismissed with prejudice, with each party bearing its own expenses, costs of court, and attorneys' fees.

DATED: January 9, 2006                              Respectfully submitted,

**McKOOL SMITH, P.C.**

/s/ Sam Baxter
Sam Baxter
Attorney-in-Charge
Texas State Bar No. 01938000
505 E. Travis, Suite 105
P.O. Box O
Marshall, Texas 75670
sbaxter@mckoolsmith.com
Telephone: (903) 927-2111
Telecopier: (903) 927-2622

Mike McKool, Jr.
Texas State Bar No. 13732100
mmckool@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

T. Gordon White
Texas State Bar No. 21333000
gwhite@mckoolsmith.com
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

Robert M. Parker, P.C.
Texas State Bar No. 15498000
100 E. Ferguson Street, Suite 1114
Tyler, Texas 75702
Telephone: (903) 533-9288
Telecopier: (903) 533-9687
rmparker@cox-internet.com

**ATTORNEYS FOR PLAINTIFF
AMERICAN VIDEO GRAPHICS, L.P.**

/s/ David J. Healey
   (by Sam Baxter with permission)
David J. Healey, Attorney-in-Charge
Texas State Bar No. 09327980
**Weil, Gotshal & Manges LLP**
700 Louisiana Street, Suite 1600
Houston, Texas 77002
Tel: 713-546-5000
Fax: 713-224-9511
david.healey@weil.com

Matthew D. Powers
**Weil, Gotshal & Manges LLP**
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: 650-802-3000
Fax: 650-802-3100

Michael E. Jones
Texas State Bar No. 10929400
**Potter Minton**
**A Professional Corporation**
110 N. College, Suite 500
Tyler, TX 75702
Tel: 903/597-8311
Fax: 903/593-0846

**ATTORNEYS FOR DEFENDANT**
**MICROSOFT CORPORATION**

## CERTIFICATE OF SERVICE

  The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. mail, on this the 9th day of January, 2006.

                /s/ Sam Baxter
                Sam Baxter