IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| AMERICAN VIDEO GRAPHICS, L.P., | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION |
| | § | |
| vs. | § | 6:04cv398 LED |
| | § | |
| ELECTRONIC ARTS, INC., *et al.*, | § | JURY TRIAL |
| | § | |
| Defendants. | § | |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE
OF CLAIMS BETWEEN PLAINTIFF AND DEFENDANT
<u>SONY ONLINE ENTERTAINMENT INC.</u>**

Plaintiff American Video Graphics, L.P. ("AVG") and Defendant Sony Online Entertainment Inc. ("Sony") have settled their respective claims against the other brought in this case. On the basis of the settlement reached, AVG and Sony hereby voluntarily dismiss all claims, counterclaims, and other causes of action that each has brought against the other, with prejudice, and with each party bearing its own expenses, costs of court, and attorneys' fees.

**IT IS HEREBY ORDERED**, in accordance with Federal Rule of Civil Procedure 41(a)(2), as follows:

1. All claims brought by AVG against Sony and all claims brought by Sony against AVG, in this Civil Action are dismissed with prejudice.

2. Each settling party, AVG and Sony, shall bear its own expenses, costs of court, and attorneys' fees.

3. All other claims, counterclaims, and other causes of action brought by either AVG or Sony against any other party in this case are not affected by this Order.

So ORDERED and SIGNED this 7th day of February, 2006.



**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**

Dallas 213372v1