IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| AMERICAN VIDEO GRAPHICS, L.P., | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION |
| | § | |
| vs. | § | 6:04cv398  LED |
| | § | |
| ELECTRONIC ARTS, INC., et al., | § | JURY TRIAL |
| | § | |
| Defendants. | § | |

STIPULATED ORDER OF DISMISSAL WITH
PREJUDICE OF CLAIMS BASED ON VIDEO GAMES PUBLISHED
FOR SONY GAME PLAYING PLATFORMS AND DEVICES

Plaintiff American Video Graphics, L.P. ("AVG") has moved the Court, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, to enter an Order dismissing with prejudice all claims brought by AVG which are based on those versions of video games that are written for, published for, developed to be played on, or otherwise used on, a Sony game programming platform or Sony game playing device, including, without limitation, the PlayStation, PlayStation 2, PlayStation 3, PSP or any personal computer.  AVG further informs the Court that with this dismissal, all claims against all defendants in this case are dismissed with prejudice.

**IT IS HEREBY ORDERED,** in accordance with Federal Rule of Civil Procedure 41(a)(2), as follows:

All claims brought by AVG against all Defendants in this Civil Action which are based on those versions of video games that are written for, published for, developed to be played on, or otherwise used on, a Sony game programming platform or Sony game playing device, including, without limitation, the PlayStation, PlayStation 2, PlayStation 3, PSP or any personal computer, are dismissed with prejudice.

**So ORDERED and SIGNED this 7th day of February, 2006.**



**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**